THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Regal L. Bufkin, Appellant.
 
 
 

Appeal From Florence County
John L. Breeden, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-422
 Submitted September 1, 2009 -  Filed
September 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Regal
 L. Bufkin appeals his guilty plea under North Carolina v. Alford, 400
 U.S. 25 (1970), for a lewd act on a minor.  Bufkin argues the trial court erred
 by not ensuring his plea complied with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).   After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, THOMAS, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.